# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. Sheila Houpt ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> LITTLE ROCK DIAGNOSTIC ) <br> CLINIC PROFESSIONAL ) <br> ASSOCIATION ) <br> ) <br>     Defendant ) | Case No. 4:18-cv-00436 KGB |

## ORDER

Before the Court is relator Shelia Houpt's notice of voluntary dismissal without prejudice (Dkt. No. 26). The notice was filed before defendant Little Rock Diagnostic Clinic Professional Association served either an answer or other response to the complaint and accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). Ms. Houpt represents in her filing that the United States consents to Ms. Houpt's voluntary dismissal of this case without prejudice.

So ordered this 1st day of August, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge